**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>TRINA REYES, *et al.*,<br><br>*Defendants*. | Criminal Action No. 24-405 (LLA) |

**ORDER**

This matter is before the court on the United States' Motion to Dismiss the Information. ECF No. 27. Defendants Trina Reyes and Leslie Bogue consent to the motion. *Id.* Pursuant to Federal Rule of Criminal Procedure 48(a), it is hereby

**ORDERED** that the motion is **GRANTED** and the Information, ECF No. 21, is **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that all pending deadlines and hearings in this case are **VACATED**. The Clerk of Court is directed to terminate this case.

**SO ORDERED.**

_____
LOREN L. ALIKHAN
United States District Judge

Date:  January 27, 2025